UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Daniel Krause, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:15cv231 UNA |
| | ) |
| Pamela Jo Rogers, | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on February 4, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Noelle C. Collins, United States Magistrate Judge, under cause number 2:15cv00006.

**IT IS FURTHER ORDERED** that cause number 4:15cv231 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: February 4, 2015     By: /s/ Michele Crayton
                                Deputy In Charge

**In all future documents filed with the Court, please use the following case number 2:15cv00006 NCC.**